IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00203-GPG

GREGG MCMURTRY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff Gregg McMurtry is an inmate at the Boulder County Jail in Boulder, Colorado. On January 23, 2023, Mr. McMurtry filed *pro se* a Letter (ECF No. 1) in which he states that he needs a 24-hour furlough to go speak to the Federal Bureau of Investigation. Because Mr. McMurtry's intentions were unclear, the clerk of the court opened a new civil action.

On January 24, 2023, Magistrate Judge Gordon P. Gallagher issued an Order Directing Plaintiff to Cure Deficiencies. (ECF No. 3). Mr. McMurtry was instructed to submit his claims on the court-approved Prisoner Complaint form and to either pay the $402.00 filing fee or submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 within 30 days. (*Id.*). Magistrate Judge Gallagher informed Mr. McMurtry that he could obtain copies of the necessary forms on the Court's website, www.cod.uscourts.gov. Plaintiff was instructed to notify the Court promptly if he was unable to access the necessary forms. (*Id.*). Magistrate Judge

1

Gallagher warned Mr. McMurtry that failure to cure the filing deficienies within 30 days would result in dismissal of this action without prejudice and without further notice. (*Id.*).

Mr. McMurtry has now failed to comply with the January 24 Order. Furthermore, he has not communicated with the Court since he initiated this action. Therefore, the action will be dismissed without prejudice. Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Gregg McMurtry, to comply with the January 24, 2023 Order Directing Plaintiff to Cure Deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. McMurtry files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED March 8, 2023, at Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court